IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:11CR252 |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD D. WILSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to seal (Filing No. 31). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. Filing No. 32 shall remain sealed until further order of the Court.

DATED this 16th day of May, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court